**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| **v.** | : | **MAGISTRATE NO. 16-MJ-795** |
| | : | |
| **DONALD U. PALMER,** | : | **VIOLATION: 21 U.S.C. § 846** |
| | : | **(Conspiracy to Distribute and Possess** |
| **Defendant.** | : | **with Intent to Distribute Heroin)** |
| | : | |
| | : | **FORFEITURE:** |
| | : | **21 U.S.C. §§ 853(a), (p)** |

**I N F O R M A T I O N**

The United States Attorney charges that:

**COUNT ONE**

Between on or about July of 2013, and continuing up to January of 2015, within the District of Columbia and elsewhere, **DONALD U. PALMER**, did knowingly and willfully combine, conspire, confederate and agree together and with other persons both known and unknown to the United States, to unlawfully, knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

(**Conspiracy to Distribute and Possess with Intent to Distribute Heroin**, in violation of Title 21, United States Code, Section 846)

**FORFEITURE ALLEGATION**

1. Upon conviction of the offense alleged in Count One, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of the offense; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense. The United States will also seek a forfeiture money judgment totaling $3,200.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C. § 853(p).

(**Criminal Forfeiture**, pursuant to Title 21, United States Code, Sections 853(a), (p))

Respectfully submitted,

CHANNING D. PHILLIPS
United States Attorney
D.C. Bar No. 415793

By: _______/s/_________________________
LAURA CRANE
D.C. Bar No. 992454
Laura.Crane@usdoj.gov
ANTHONY SCARPELLI
D.C. Bar No. 474711
Anthony.Scarpelli@usdoj.gov
Assistant United States Attorneys
Violent Crimes and Narcotics Trafficking Section
555 4th Street, NW, Room 4810
Washington, D.C. 20530
(202) 252-7707